

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE SEWELL, et al.,

                Plaintiffs,

- against -

BOVIS LEND LEASE, et al.,

                Defendants.

ORDER

09 Civ. 6548 (SHS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a telephonic conference with the Court on March 3, 2010, and the reasons stated during the conference,

**IT IS HEREBY ORDERED** that Bovis Lend Lease provide identifying information as to potential class members consistent with the Court's directions during the conference. The information shall be provided to Plaintiffs by **March 8, 2010**.

**SO ORDERED this 3rd day of March 2010**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge