Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Deborah L. McKenna
Julia Griffin Murphy
Samuel R. Miller

Delyanne D. Barros
Rachel M. Bien
Katherine Blostein
Molly Brooks
Cara E. Greene
Sonia R. Lin
Seth M. Marnin
Ossai Miazad
Melissa Pierre-Louis
Lauren Schwartzreich
Juno Turner

# OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

MEMO ENDORSED

April 1, 2010

**By Hand Delivery**
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/2010

Re: *Sewell, et al. v. Bovis Lend Lease, et al.*, 09-cv-6548 (SHS)(RLE)

Dear Judge Stein:

We represent Plaintiffs in the above captioned matter. We write to request an extension of Plaintiffs' deadline to respond to Defendants' objections to Magistrate Judge Ellis's Order of March 3, 2010. Plaintiffs' current deadline is April 5, 2010. This is Plaintiffs' second request for an extension. Defendants consent to this request.

Plaintiffs request this extension because the parties have tentatively agreed on a framework for resolving the case. Because the framework that the parties contemplate is somewhat unorthodox, they need additional time to negotiate the details. Plaintiffs therefore respectfully request that the Court extend the deadline for their response until April 15, 2010.

We thank the Court for its attention.

Respectfully submitted,

Juno Turner

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.

cc: Honorable Ronald L. Ellis (via hand delivery)
Gregory F. Jacob, Esq. (via email)
Jason S. Aschenbrand, Esq. (via email)
Shane W. Blackstone, Esq. (via email)