# OUTTEN & GOLDEN
Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian

*Advocates for Workplace Fairness*

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Deborah L. McKenna
Julia Griffin Murphy
Samuel R. Miller

Delvanne D. Barros
Rachel M. Bien
Katherine Blostein
Molly Brooks
Cara F. Greene
Sonia R. Lin
Seth M. Marnin
Ossai Miazad
Melissa Pierre-Louis
Lauren Schwartzreich
Juno Turner





March 31, 2010

**By Hand Delivery**
Honorable Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Sewell, et al. v. Bovis Lend Lease, et al.*, 09-cv-6548 (SHS)(RLE)

Dear Judge Ellis:

We represent Plaintiffs in the above-captioned matter. As discussed during Monday's conference call with the Court, the parties jointly request that, in light of the delay occasioned by the mediation process and the discovery disputes currently before the Court, the class discovery period be extended until August 31, 2010. This is the parties' first request for an extension.

We thank the Court for its consideration.

Respectfully submitted,

Juno Turner

cc: Jason S. Aschenbrand, Esq. (via email)
Shane W. Blackstone, Esq. (via email)
Gregory F. Jacob, Esq. (via email)

SO ORDERED
Ronald Ellis 4-1-10
MAGISTRATE JUDGE RONALD L. ELLIS

3 Park Avenue, 29th Floor   New York, NY 10016   Tel 212-245-1000   Fax 212-977-4005
4 Landmark Square, Suite 201   Stamford, CT 06901   Tel 203-363-7888   Fax 203-363-0333
og@outtengolden.com   www.outtengolden.com