

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Deborah L. McKenna
René S. Roupinian
Tara Griffin Murphy
Samuel R. Miller

Delyanne D. Barros
Rachel M. Bien
Katherine Blostein
Molly Brooks
Cara E. Greene
Seth M. Marnin
Ossai Miazad
Melissa Pierre-Louis
Lauren Schwartzreich
Juno Turner

April 14, 2010

**By Hand Delivery**
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

MEMO ENDORSED

Re: *Sewell, et al. v. Bovis Lend Lease, et al.*, 09-cv-6548 (SHS)(RLE)

Dear Judge Stein:

We represent Plaintiffs in the above-captioned matter. As initially described in our letter of April 1, 2010, the parties are negotiating the terms of a settlement. Today, the parties executed a stipulation staying discovery during the negotiations and submitted it to Judge Ellis. As part of the stipulation, the parties agreed to extend the April 15, 2010 deadline for Plaintiffs to respond to Defendants' Objections to Judge Ellis's Order until ten days after the end of the stay period. Accordingly, we respectfully request that the Court adjourn this deadline without date. Plaintiffs will notify the Court promptly of the termination of the stay period.

We thank the Court for its attention.

Respectfully submitted,

Juno Turner

*Deadline for pltfs to respond to defs' objections to Judge Ellis's order of March 5, 2010 is extended to May 28. No further extensions.*

SO ORDERED 4/15/10

SIDNEY H. STEIN
U.S.D.J.

cc: Gregory F. Jacob, Esq. (via email)
Jason S. Aschenbrand, Esq. (via email)

3 Park Avenue, 29th Floor   New York, NY 10016   Tel 212-245-1000   Fax 212-977-4005
4 Landmark Square, Suite 201   Stamford, CT 06901   Tel 203-363-7888   Fax 203-363-0333
og@outtengolden.com   www.outtengolden.com

