USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-29-11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENEE SEWELL and EMILY DIANGSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BOVIS LEND LEASE, INC. and BOVIS LEND LEASE LMB, INC.,<br><br>　　　　　　　　　　Defendants. | 09-CV-6548 (SHS)(RLE)<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, pursuant to the Court's Order, discovery in this matter was stayed through March 16, 2011 (the "Stay Period");

WHEREAS, the parties wish to extend the Stay Period, as set forth herein, in order to permit the continuation of settlement negotiations;

WHEREAS, the parties have numerous settlement discussions in the last three weeks and have agreed on most major terms of a final settlement;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs Renee Sewell and Emily Diangson, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), and counsel for Defendants Bovis Lend Lease, Inc. and Bovis Lend Lease LMB, Inc. (collectively, "Defendants"), that the Stay Period shall be extended through April 6, 2011. The tolling period in the Order of Magistrate Judge Ellis dated April 19, 2010 shall be extended through the end of the Stay Period.

By: _____
Juno Turner, Esq.

OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 245-1000

Dated: March 16, 2011

By: _____
Gregory F. Jacob, Esq.

WINSTON & STRAWN LLP
1700 K Street NW
Washington, DC 20006
(202) 282-5769

Dated: March 16, 2011

SO ORDERED:

_____ 3-29-11
U.S.M.J.